# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUIS OROZCO,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>    Respondent. | CASE NO. CV 20-00820-AB (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered denying and dismissing the Petition without prejudice.

//

//

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 30, 2020September 30, 2020_September 30, 2020_

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE