**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LUIS OROZCO,<br><br>          Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>          Respondent. | CASE NO. CV 20-00820-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: September 30, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE